

**CHRIS CHRISTIE**
*Governor*

**KIM GUADAGNO**
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

**JEFFREY S. CHIESA**
*Attorney General*

**CHRISTOPHER S. PORRINO**
*Director*

June 15, 2012

**VIA FAX AND REGULAR MAIL- (609)989-0435**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Fisher Fed. Bldg. & United States Courthouse
402 East State St, Room 2020
Trenton, New Jersey 08608

    Re:  Twann Hamilton v. New Jersey State Police, et al.
           Civil Action No. 11-5691

Dear Judge Bongiovanni:

    My office represents the Defendants in the above-captioned matter. A telephone status conference is currently scheduled for July 25, 2012 at 10:00 a.m.

    Due to a scheduling conflict, the parties respectfully request that the telephone conference be rescheduled to August 1, 2012 at 2:00 p.m. Plaintiff has agreed to initiate the conference.

    Thank you for your attention in this matter.

                             Respectfully submitted,

So Ordered this __15__ day
of __June__ 2012
[signature]

                             JEFFREY S. CHIESA
                             ATTORNEY GENERAL OF NEW JERSEY

                     By: [signature]
                             Erin M. Greene
                             Deputy Attorney General

